1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSH THOMAS,                                    1:05-CV-00955-AWI-LJO-HC

12              Petitioner,

13         vs.                                        ORDER GRANTING MOTION TO
                                                      PROCEED IN FORMA PAUPERIS
14    CALIFORNIA BOARD OF PRISONER
      TERMS COMMISSIONER, et al.,                     (DOCUMENT #2)

15              Respondent.

16    _____/

17         Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18    28 U.S.C. § 2254.

19         Petitioner has filed an application to proceed in forma pauperis and a certified copy of

20    petitioner's prison trust account statement.   Examination of these documents reveals that petitioner

21    is unable to afford the costs of this action.   Accordingly, the motion to proceed in forma pauperis is

22    GRANTED.  See 28 U.S.C. § 1915.

23    IT IS SO ORDERED.

24    **Dated:    September 1, 2005              /s/ Lawrence J. O'Neill**
      23ehd0                                  UNITED STATES MAGISTRATE JUDGE

25

26

27

28