UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>                Petitioner,<br><br>    v.<br><br>CALIFORNIA BOARD OF PRISON TERMS, et al.,<br><br>                Respondent. | 1:05-CV-0955 AWI LJO HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT OBJECTIONS<br><br>[Doc. #12] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On September 28, 2005, the undersigned issued a Findings and Recommendation. On October 24, 2005, Petitioner filed objections to the Findings and Recommendation. On December 7, 2005, Petitioner filed a motion to supplement his traverse along with the supplement. Good cause having been presented and good cause appearing therefor, Petitioner's request is GRANTED. Petitioner is advised that briefing is now closed in this matter as the petition is under review by the District Judge.

IT IS SO ORDERED.

Dated:    July 25, 2006                      /s/ Lawrence J. O'Neill
b9ed48                                      UNITED STATES MAGISTRATE JUDGE