UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSH THOMAS, | ) | 1:05-CV-00955 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER WITHDRAWING SEPTEMBER 28, |
| | ) | 2005, FINDINGS AND RECOMMENDATION |
| v. | ) | THAT RECOMMENDED THE PETITION BE |
| | ) | DISMISSED |
| | ) | [Docs. #8, 9] |
| CALIFORNIA BOARD OF PRISON | ) | |
| TERMS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 28, 2005, the undersigned issued Findings and Recommendation that recommended the petition be DISMISSED for failure to state a claim and the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On October 24, 2005, Petitioner filed objections to the Findings and Recommendation. Since then, the case of <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975 (E.D. Cal. 2005), has been appealed to the Ninth Circuit Court of Appeals. According to the Ninth Circuit's docket, the

1  matter was argued and submitted on March 16, 2006.

2        The undersigned hereby WITHDRAWS the Findings and Recommendation issued on

3  September 28, 2005, pending decision by the Ninth Circuit in <u>Sass</u>.

4  IT IS SO ORDERED.

5  **Dated:   August 22, 2006**           /s/ Lawrence J. O'Neill
   b9ed48                                    UNITED STATES MAGISTRATE JUDGE